# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**JAMES JORDAN,**

       **Plaintiff,**　　　　　　　　CV F 07 0202 OWW WMW P

  vs.　　　　　　　　　　　　　　**ORDER RE MOTION (DOC 5)**

**R. CHAPNICK, et al.,**

       **Defendants.**

     **Plaintiff has filed a motion for the issuance of summons. Because Plaintiff is proceeding in forma pauperis, the court will issue summons, if appropriate, once the complaint has been screened in the ordinary course of litigation. The issuance of summons at this time is premature.**

     **Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the issuance of summons is denied.**

IT IS SO ORDERED.

Dated:   August 2, 2007　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1