IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


JAMES JORDAN,

    Plaintiff,                       1: 07 CV 00202 OWW WMW PC

    vs.                              ORDER RE MOTION (DOC 17, 18)


R. CHAPNICK,

    Defendant.


        Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

        On November 20, 2008, an order was entered, finding that Plaintiff stated a claim as to Defendant Chapnick, and directing Plaintiff to complete and submit to the court a USM 285 form for service of process upon Defendant Chapnick. Plaintiff completed the form, and an order was entered, directing the U.S. Marshal to effect service upon Defendant Chapnick. On January 30, 2009, the U.S. Marshal returned service as unexecuted, indicating that they were unable to locate Defendant. On February 20, 2009, and February 25, 2009, Plaintiff filed motions titled as a request to re-serve summons. Plaintiff indicates that he is in possession of current addressed for Defendant. Plaintiff requests another form for service of process.

        Accordingly, IT IS HEREBY ORDERED that:

1

1. Plaintiff's motions to re-serve summons are granted.

2. The Clerk's Office is directed to send to Plaintiff a USM 285 form for service of process.

3. Plaintiff is directed to return the form to the court within thirty days. The court will direct the U.S. Marshal to re-serve the summons and complaint.

IT IS SO ORDERED.

**Dated:    May 18, 2009**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE