UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES JORDAN,

    Plaintiff,

v.

R. CHAPNICK, et al.

    Defendants.

                                       /

CASE NO. 1:07-cv-0202-MJS (PC)

ORDER DISMISSING DEFENDANTS HANSEN, GRANNIS, AND SULLIVAN

    Plaintiff James Jordan ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated the action on February 7, 2007. The case proceeds against Defendant Chapnick on Plaintiff's original Complaint. Trial is scheduled to commence March 29, 2012.

    The Court's August 27, 2008 Screening Order  Recognized  a cognizable Eighth Amendment claim for inadequate medical care against Defendant Chapnick, but no cognizable claims against Defendants Hansen, Grannis, or Sullivan. (ECF NO. 11.) The case has proceeded on that basis. However, review of the file reveals that administrative oversight apparently prevented the Court's Order dismissing Defendants Hansen, Grannis, and Sullivan from being issued.

    To correct this administrative error, IT IS HEREBY ORDERED that Defendants

Hansen, Grannis and Sullivan are DISMISSED from the action.

IT IS SO ORDERED.

Dated:   December 23, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE