# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JORDAN, | CASE NO. 1:07-cv-0202-MJS (PC) |
| Plaintiff, | ORDER PROHIBITING UNAUTHORIZED EX PARTE COMMUNICATIONS WITH THE COURT |
| v. | |
| R. CHAPNICK, et al. | |
| Defendants. | |

Plaintiff James Jordan ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated the action on February 7, 2007. (Compl., ECF No. 7.) Trial is set to commence March 29, 2012. (ECF No. 95.)

On December 15, 2011 and December 22, 2011, Plaintiff undertook to communicate *ex parte* with Court staff regarding the substance of a motion now pending before this Court. (ECF No. 99.)

It is the ORDER of this Court that no party, represented or not, shall communicate with a judicial officer directly or indirectly through Court staff regarding the merits of a pending contested matter except in open court, with the consent or in the presence of all other counsel in the matter, in writing with a copy sent to all other counsel in the matter, or in authorized *ex parte* matters. See Prof. Conduct, Rule 5-300 here adopted as and made an Order of this Court applicable to all parties in this case.

Violation of this Order will result in the initiation of proceedings for imposition of

-1-

sanctions. See Local Rule 110.

IT IS SO ORDERED.

Dated:   December 23, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE