# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JORDAN, | CASE NO. 1:07-cv-0202-MJS (PC) |
| Plaintiff, | |
| v. | AMENDMENT TO SECOND SCHEDULING ORDER |
| R. CHAPNICK, et al. | (ECF No. 95) |
| Defendants. | |

Plaintiff James Jordan ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 7, 2007. (Compl., ECF No. 1.) It proceeds against Defendant Chapnick on Plaintiff's Eighth Amendment claim for inadequate medical care at Pleasant Valley State Prison in 2005. (Id.) The matter has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Following a partial grant of a Defendant's Motion for Summary Judgment (ECF Nos. 83 & 84), this Court issued a Second Scheduling Order establishing various pre-trial procedures and dates and ordering that trial shall commence March 29, 2011. (ECF No. 95.)

Given the pendency of Defendant Chapnick's motion to withdraw admissions (ECF No. 97), the Court deems it prudent to delay the filing of pretrial statements. Accordingly, by this Order, the Court hereby amends the Second Scheduling Order (ECF No.95) as follows:

1. Plaintiff shall serve and file a pretrial statement on or before **February 1, 2012**; and

2. Defendant shall serve and file a pretrial statement on or before **March 1, 2012**.

All other dates and provisions of the Second Scheduling Order remain as previously stated. (ECF No. 95.)

IT IS SO ORDERED.

Dated:   December 23, 2011            /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE