# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES JORDAN,

          Plaintiff,

    v.

R. CHAPNICK, et al.

          Defendants.

_____/

CASE NO. 1:07-cv-0202-MJS

ORDER GRANTING PLAINTIFF'S REQUEST THAT THE COURT'S COMMUNICATION WITH DEFENDANT CHAPNICK BE SERVED ON PLAINTIFF

(ECF No. 88)

Plaintiff James Jordan ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis. Plaintiff has filed this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 7, 2007. (Compl., ECF No. 1.) This action is currently scheduled for a jury trial on March 29, 2012. (ECF No. 95.)

On May 31, 2011, Plaintiff filed a "Request for Acknowledgment Regarding the U.S. Court's Clerk's Office Communication with Defendant Chapnick on April 28, 2011." (ECF No. 88.) Plaintiff was concerned because the Clerk's Office had sent Defendant Chapnick an Order (ECF No. 86.) which Plaintiff, a pro se plaintiff, was unable to review because he did not have access to the Court's electronic filing system. Although this Order simply directed Defendant to inform the Court whether he consented to jurisdiction by the Magistrate Judge, and it did not require any action by Plaintiff, Plaintiff's concern about a unilateral communication from the Court is legitimate.

Accordingly, Plaintiff's Request is GRANTED and the Clerk's Office is ORDERED to send Plaintiff a copy of the Order (ECF No. 86) sent to Defendant Chapnick.

IT IS SO ORDERED.

Dated: January 21, 2012         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE