1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   LaKeysia R. Beene, CSB #265078
5
   Attorneys for defendant
6  ROBERT CHAPNICK, M.D.

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9

10
    JAMES JORDAN,                        )   NO:1:07-CV-0202 MJS (PC)
11                                       )
                   Plaintiff,            )   **STIPULATION FOR DISMISSAL OF**
12                                       )   **DEFENDANT CHAPNICK WITH**
    vs.                                  )   **PREJUDICE**
13                                       )
    R. CHAPNICK, M.D.; R. HAASEN, A.W.;  )
14  N. GRANNIS, C.O.T.A; B. SULLIVAN,    )
    A.E.'                                )
15                                       )
                   Defendants.           )
16  _____)

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
    *Jordan v. CDCR [1:07-CV-0202]* Stipulation for Dismissal of Chapnick                        Page 1

1  IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff
2 JAMES JORDAN, in pro se, and defendant CHAPNICK, by and through his designated
3 counsel, that defendant CHAPNICK be, and hereby is, dismissed with prejudice from
4 the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs
5 and attorneys' fees.

6  Dated:                    /s/ "James Jordan" (signature retained by counsel)
                              JAMES JORDAN, in pro se

8  Dated: February 3, 2012           WILLIAMS & ASSOCIATES

9                              /s/ Kathleen J. Williams
                              KATHLEEN J. WILLIAMS, CSB 127021
10                             Attorneys for defendant CHAPNICK

**ORDER**

IT IS SO ORDERED.

Dated:   March 17, 2012        /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE