1   **WILLIAMS & ASSOCIATES**
    1250 Sutterville Road, Ste. 290
2   Sacramento, CA  95822
    (916) 456-1122
3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021
    LaKeysia R. Beene, CSB #265078
5
    Attorneys for defendant
6   ROBERT CHAPNICK, M.D.

7

8                **IN THE UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10
    JAMES JORDAN,                          )   NO:1:07-CV-0202 MJS (PC)
11                                          )
                        Plaintiff,          )   **STIPULATION FOR DISMISSAL OF**
12                                          )   **DEFENDANT CHAPNICK WITH**
    vs.                                     )   **PREJUDICE**
13                                          )
    R. CHAPNICK, M.D.; R. HAASEN, A.W.;     )
14  N. GRANNIS, C.O.T.A; B. SULLIVAN,       )
    A.E.'                                   )
15                                          )
                        Defendants.         )
16  ─────────────────────────────────────  )

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
    *Jordan v. CDCR [1:07-CV-0202]*Stipulation for Dismissal of Chapnick                    Page 1

1    IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff

2  JAMES JORDAN, in pro se, and defendant CHAPNICK, by and through his designated

3  counsel, that defendant CHAPNICK be, and hereby is, dismissed with prejudice from

4  the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs

5  and attorneys' fees.

6  Dated:                          */s/ "James Jordan" (signature retained by counsel)*
                                    JAMES JORDAN, in pro se
7

8  Dated: February 3, 2012          WILLIAMS & ASSOCIATES

9                                   */s/ Kathleen J. Williams*
                                    KATHLEEN J. WILLIAMS, CSB 127021
10                                  Attorneys for defendant CHAPNICK

11                                  **ORDER**

12

13

14  IT IS SO ORDERED.

    Dated:    March 17, 2012         /s/ Michael J. Seng
15                                  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28