**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
LaKeysia R. Beene, CSB #265078

Attorney for defendants

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JORDAN, | NO:1:07-CV-0202 MJS (PC) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| R. CHAPNICK, M.D.; R. HAASEN, A.W.; N. GRANNIS, C.O.T.A; B. SULLIVAN, A.E.' | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff JAMES JORDAN, in pro se, and counsel for defendants that this entire action be dismissed with prejudice.  Pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys' fees.

Dated:                          /s/ "James Jordan" (signature retained by counsel)
                                       JAMES JORDAN, in pro se


Dated: February 3, 2012          WILLIAMS & ASSOCIATES

                                 /s/ Kathleen J. Williams
                                       KATHLEEN J. WILLIAMS, CSB 127021
                                       Attorneys for defendants


IT IS SO ORDERED.

Dated:     March 17, 2012          /s/ Michael J. Seng
                                 UNITED STATES MAGISTRATE JUDGE

---

*Jordan v. CDCR [1:07-CV-0202]Stipulation for Dismissal of Entire Action*                          Page 1